

# NUMBER 13-16-00471-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JESUS HECTOR TORRES LEDEZMA

## On Petition for Writ of Mandamus

## ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria**
**Per Curiam Order**

Relator, Jesus Hector Torres Ledezma, filed a petition for writ of mandamus in the above cause on August 23, 2016. Through this original proceeding, relator seeks to compel the trial judge of the 103rd District Court of Cameron County, Texas to conduct an "informal competency hearing under Texas Code of Criminal Procedure, [a]rticle 46B.004 based on linguistic incompetency." The Court requests that the real party in interest, State of Texas, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
24th day of August, 2016.